IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

QUA'SHAWN HARRIS,            )
                                      )
     Plaintiff,              )
                                        )
v.                           )      CASE NO. 3:22-CV-228-WKW
                                      )             [WO]
RUSSELL COUNTY JAIL, *et al.*,  )
                                        )
     Defendants.           )

## ORDER

On June 16, 2022, the Magistrate Judge filed a Recommendation (Doc. # 4) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1.     The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED.

2.     This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 6th day of July, 2022.

                                /s/   W. Keith Watkins
                             UNITED STATES DISTRICT JUDGE